UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SMITH, GEORGE R § Case No. 10-75712
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/05/2015 in Courtroom 3100,
U.S. Courthouse
327 South Church Street
Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue _____
                                                        Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
       §
SMITH, GEORGE R  §   Case No. 10-75712
       §
   Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 52,620.70 |
| and approved disbursements of | $ | 321.22 |
| leaving a balance on hand of[1] | $ | 52,299.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,530.78 | $ 0.00 | $ 1,530.78 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 4,710.00 | $ 0.00 | $ 4,710.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 83.64 | $ 0.00 | $ 83.64 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 27.12 | $ 27.12 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,324.42 |
| Remaining Balance | | $ | 45,975.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,148.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ 1,148.77 | $ 0.00 | $ 1,148.77 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,148.77 |
| | Remaining Balance | | $ | 44,826.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 13.48 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 44,812.81 .

     Prepared By: /s/ Daniel M. Donahue
                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
George R. Smith  
    Debtor

Case No. 10-75712-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3      User: lorsmith      Page 1 of 1      Date Rcvd: Sep 09, 2015  
                       Form ID: pdf006      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2015.

```
db              +George R. Smith,    1381 Omega Circle Drive,    DeKalb, IL 60115-5832
16433957         Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16433960        ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                  (address filed with court:  Chrysler Financial,     P.O. Box 9001921,     Louisville, KY  40290)
23314874         Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16433956         Charles L Fierz,    134 W State St,    Sycamore, IL 60178-1472
16433958         Chase Card Services (UMP),    P.O. Box 15153,    Wilmington, DE 19886-5153
16433959         Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
16508491        +Chrysler Financial Services,    c/o Attorney Kathryn A. Klein,    Riezman Berger, P.C.,
                  7700 Bonhomme, 7th Floor,    St. Louis, MO 63105-1960
16433964        +FIFTH THIRD BANK%Markoff & Krasny,    29 N. Wacker Drive #550,    Chicago, IL 60606-2851
16433961         Fashion Bug,    P.O. Box 856021,    Louisville, KY 40285-6021
16433963         Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16433962        +Fifth Third Bank,    2707 Sycamore Road,    DeKalb, IL 60115-9206
16433965         Good Sam Club,    P.O. Box 13337,    Philadelphia, PA 19101-3337
16433966         HSBC Card Services,    P.O. Box 8800,    Baltimore, MD 21288-0001
16433968         HSBC Retail Services,    P.O. Box 17298,    Balitmore, MD 21297-1298
16433967         HSBC Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
16433969         JC Penney Store,    P.O. Box 960090,    Orlando, FL 32896-0090
16433971         Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
16433955        +Smith George R,    1381 Omega Circle Drive,    DeKalb, IL 60115-5832
16433972         Target Nat'l Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16433970         E-mail/Text: bnckohlsnotices@becket-lee.com Sep 10 2015 02:07:47      Kohl's Payment Center,
                  P.O. Box 2983,    Milwaukee, WI 53201-2983
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2015                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2015 at the address(es) listed below:
```
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Charles L. Fierz    on behalf of Debtor George R. Smith cfierz@comcast.net
          Daniel Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com
          Daniel M. Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
           DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```