# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SMITH, GEORGE R § Case No. 10-75712
§
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 200,000.00 *(Without deducting any secured claims)* | Assets Exempt: 67,500.00 |
| Total Distributions to Claimants: 1,162.25 | Claims Discharged Without Payment: 92,006.00 |
| Total Expenses of Administration: 6,645.64 | |

3) Total gross receipts of $ 52,620.70  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 44,812.81  (see **Exhibit 2**), yielded net receipts of $ 7,807.89  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 200,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,645.64 | 6,645.64 | 6,645.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,030.00 | 1,148.77 | 1,148.77 | 1,162.25 |
| **TOTAL DISBURSEMENTS** | $ 293,030.00 | $ 7,794.41 | $ 7,794.41 | $ 7,807.89 |

4) This case was originally filed under chapter 7 on 11/17/2010 . The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/10/2016            By:/s/DANIEL M. DONAHUE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice | 1249-000 | 52,620.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 52,620.70** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GEORGE R SMITH | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 44,812.81 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 44,812.81** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial P.O. Box 9001921 Louisville, KY 40290 | | 14,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank 2707 Sycamore Road DeKalb, IL 60115 | | 161,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 2707 Sycamore Road DeKalb, IL 60115 | | 25,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 200,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 1,530.78 | 1,530.78 | 1,530.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 27.12 | 27.12 | 27.12 |
| BANK OF KANSAS CITY | 2600-000 | NA | 294.10 | 294.10 | 294.10 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 4,710.00 | 4,710.00 | 4,710.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 83.64 | 83.64 | 83.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,645.64 | $ 6,645.64 | $ 6,645.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 851001 Dallas, TX 75285-1001 | | 15,237.00 | NA | NA | 0.00 |
| | Chase Card Services (UMP) P.O. Box 15153 Wilmington, DE 19886-5153 | | 13,681.00 | NA | NA | 0.00 |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | 9,146.00 | NA | NA | 0.00 |
| | FIFTH THIRD BANK%Markoff & Krasny 29 N. Wacker Drive #550 Chicago, IL 60606 | | 15,761.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fashion Bug P.O. Box 856021 Louisville, KY  40285-6021 | | 159.00 | NA | NA | 0.00 |
| | Fifth Third Bank P.O. Box 740789 Cincinnati, OH 45274-0789 | | 14,231.00 | NA | NA | 0.00 |
| | Good Sam Club P.O. Box 13337 Philadelphia, PA 19101-3337 | | 14,926.00 | NA | NA | 0.00 |
| | HSBC Card Services P.O. Box 8800 Baltimore, MD 21288-0001 | | 4,572.00 | NA | NA | 0.00 |
| | HSBC Retail Services P.O. Box 17298 Balitmore, MD 21297-1298 | | 586.00 | NA | NA | 0.00 |
| | HSBC Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | 3,189.00 | NA | NA | 0.00 |
| | JC Penney Store P.O. Box 960090 Orlando, FL  32896-0090 | | 346.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 689195 Des Moines, IA  50368-9195 | | 70.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Nat'l Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | 102.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE, N.A. | 7100-000 | 1,024.00 | 1,148.77 | 1,148.77 | 1,148.77 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 13.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 93,030.00 | $ 1,148.77 | $ 1,148.77 | $ 1,162.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-75712 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SMITH, GEORGE R | | | Date Filed (f) or Converted (c): | 11/17/10 (f) |
| | | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 02/10/16 | | | Claims Bar Date: | 05/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House at 1381 Omega Circle Drive, DeKalb, IL | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Pension / Profit Sharing | 60,000.00 | 0.00 | | 0.00 | FA |
| 5. Vehicles | 14,000.00 | 0.00 | | 0.00 | FA |
| 6. Animals | 500.00 | 0.00 | | 0.00 | FA |
| 7. Medical Malpractice (u) | Unknown | 52,620.70 | OA | 52,620.70 | FA |

TOTALS (Excluding Unknown Values)  $267,500.00  $52,620.70  $52,620.70  

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/16     Current Projected Date of Final Report (TFR): 08/01/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-75712 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SMITH, GEORGE R | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0255 GENERAL CHECKING |
| Taxpayer ID No: | *******7251 | | |
| For Period Ending: | 02/10/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/15 | 7 | GEORGE R SMITH<br>1381 OMEGA CIRCLE DR<br>DEKALB, IL 60115-5832 | INTEREST IN MEDICAL MALPRACTICE | 1249-000 | 52,620.70 | | 52,620.70 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 62.69 | 52,558.01 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 78.11 | 52,479.90 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Chapter 7 Blanket Bond<br>Bond #016018067 | 2300-000 | | 27.12 | 52,452.78 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 75.46 | 52,377.32 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 77.84 | 52,299.48 |
| 10/06/15 | 002002 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 1,530.78 | 50,768.70 |
| 10/06/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,710.00 | 46,058.70 |
| 10/06/15 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 83.64 | 45,975.06 |
| 10/06/15 | 002005 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 101.2% | | | 1,162.25 | 44,812.81 |
| | | | Claim 1,148.77 | 7100-000 | | | |
| | | | Interest 13.48 | 7990-000 | | | |
| 10/06/15 | 002006 | GEORGE R SMITH<br>1381 OMEGA CIRCLE DR<br>DEKALB, IL 60115-5832 | Surplus Funds | 8200-002 | | 44,812.81 | 0.00 |

| | | | Page Subtotals | | 52,620.70 | 52,620.70 | |

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-75712 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SMITH, GEORGE R | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0255  GENERAL CHECKING |
| Taxpayer ID No: | *******7251 | | | |
| For Period Ending: | 02/10/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,620.70 | 52,620.70 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 52,620.70 | 52,620.70 | |
| | | | Less:  Payments to Debtors | | | 44,812.81 | |
| | | | Net | | 52,620.70 | 7,807.89 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0255 | 52,620.70 | 7,807.89 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 52,620.70 | 7,807.89 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)